IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN WARGO, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 04-0604 |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | ELECTRONICALLY FILED |
| OF AMERICA t/d/b/a ) | |
| UNUMPROVIDENT, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF COURT

AND NOW, this 5-th day of Dec. _____, 2007, the Court having been advised that the parties have reached an amicable settlement, it is ordered that the case above captioned is dismissed, with prejudice.

_____
United States District Judge